176 So. 472

### Lena WILLIAMS v. STATE.
8 Div. 470.

Court of Appeals of Alabama.
June 8, 1937.

Rehearing Denied June 29, 1937.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.